# SUPREME COURT OF PENNSYLVANIA

128 A.3d 218–222

| | | | |
|---|---|---|---|
| Armstrong World Industries, Inc. v. Travelers Indem. Co.; Travelers Indem. Co., In re ... | 12/07/2015 | 441 MAL (2015) | Denied | Pa.Super., 115 A.3d 342 |
| Burda v. Burda [1] ... | 06/30/2015 | 271 MAL (2015) | Denied | Pa.Super., 116 A.3d 687 |
| C.L., In re Adoption of; D.L., In re .... | 12/07/2015 | 429, 430 WAL (2015) | Denied | Pa.Super., 133 A.3d 78 |
| Com. v. Abram ..... | 12/02/2015 | 278 WAL (2015) | Denied | Pa.Super., 122 A.3d 1138 |
| Com. v. Afshar ..... | 12/07/2015 | 276 WAL (2015) | Denied | Pa.Super., 121 A.3d 1132 |
| Com. v. Alston ..... | 12/10/2015 | 536 EAL (2015) | Denied | Pa.Super., 131 A.3d 93 |
| Com. v. Alston ..... | 12/16/2015 | 478 EAL (2015) | Denied | Pa.Super., 125 A.3d 452 |
| Com. v. Barksdale .. | 12/11/2015 | 351 WAL (2015) | Denied | Pa.Super., 125 A.3d 463 |

1. Reconsideration Denied August 13, 2015.